IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE OF ARKANSAS, ex rel.                                                           PLAINTIFF

v.                                         CASE NO. 4:08cv00472

ELI LILLY & COMPANY, INC.                                                          DEFENDANT

## ORDER

Pending before the court are the motion of defendant Eli Lilly, to stay all proceedings pending transfer by the Judicial Panel on Multidistrict Litigation [Doc. # 5], and the motion of plaintiff State of Arkansas, to remand for lack of subject matter jurisdiction [Doc. # 7]. After careful review, the court adopts Judge Wilson's well reasoned March 25, 2008 order in *State of Arkansas ex rel. v. Janssen Pharmaceutica et al.*, 4:07cv-001210, and grants the plaintiff's motion to remand [Doc. #7]. The case is thereby remanded back to the Circuit Court of Pulaski County, Arkansas and defendant's motion to stay [Doc. # 5] is denied.

IT IS SO ORDERED this 9th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE